# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC K'NAPP,<br><br>          Plaintiff,<br><br>     vs.<br><br>CALIF. DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br><br>          Defendants. | 1:13-cv-0099-AWI-BAM (PC)<br><br>Appeal No. 15-15435<br><br>ORDER REVOKING IN FORMA PAUPERIS STATUS |

By notice entered March 10, 2015, the United States Court of Appeals for the Ninth Circuit referred this matter to the District Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3); see also Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of in forma pauperis status is appropriate where the District Court finds the appeal to be frivolous).

Permitting litigants to proceed in forma pauperis is a privilege, not a right. Franklin v. Murphy, 745 F.2d 1221, 1231 (9th Cir. 1984); Williams v. Field, 394 F.2d 329, 332 (9th Cir., cert. denied, 393 U.S. 891 (1968); Williams v. Marshall, 795 F.Supp. 978, 978-79 (N.D. Cal. 1992). A federal court may dismiss a claim filed in forma pauperis prior to service if it is satisfied that the action is frivolous or malicious. 28 U.S.C. § 1915(e)(2); see Sully v. Lungren, 842 F.Supp. 1230, 1231 (N.D. Cal. 1994). If a plaintiff with in forma pauperis status brings a case without arguable substance in law and fact, the court may declare the case frivolous.

1

Franklin, 745 F.2d at 1227.  Plaintiff is appealing the Court's initial screening order, which found that Plaintiff's complaint failed to comply with the pleading requirements of Federal Rules of Civil Procedure 8 and 18.  Although the Court granted Plaintiff leave to amend to cure the identified deficiencies, Plaintiff instead opted to file objections to the screening order and then to proceed directly to an appeal.

Accordingly, IT IS HEREBY ORDERED that:

1. The appeal is declared frivolous and not taken in good faith;
2. Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed *in forma pauperis* in Appeal No. 15-15435, filed March 9, 2015;
3. Pursuant to Federal Rule of Appellate Procedure 24(a)(4), this Order serves as notice to the parties and the United States Court of Appeals for the Ninth Circuit of the finding that Plaintiff is not entitled to proceed *in forma pauperis* for this appeal; and
4. The Clerk of the Court is directed to serve a copy of this Order on Plaintiff and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   March 19, 2015                              _____
                                                     SENIOR DISTRICT JUDGE

2